**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE ARBITRAGE FUND, on behalf of itself and all others similarly situated,<br><br>                         Plaintiff,<br><br>    vs.<br><br><br>ACTIVISION BLIZZARD, INC., ROBERT KOTICK, and BRIAN KELLY,<br><br>                       Defendants. | Case No.<br><br><br>CLASS ACTION<br><br><br>JURY TRIAL DEMANDED |

**MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff The Arbitrage Fund ("Plaintiff") by and through its undersigned attorneys and for the benefit of the Defendants moves for leave to file its complaint ("Complaint") against Defendants Activision Blizzard, Inc., Robert Kotick, and Brian Kelly ("Defendants"), and, in support thereof, states as follows:

1. Plaintiff's Complaint seeks to remedy Defendants' violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

2. On October 24, 2025, Plaintiff filed a Notice of Challenge to Confidential Treatment (the "Challenge") of certain pleadings and exhibits filed in the matter *Sjunde AP-Fonden v. Activision Blizzard, Inc.*, C.A. No. 2022-1001-KSJM, pending in the Delaware Court of Chancery.

3. On November 18, 2025, Defendants agreed to produce certain confidential information sought in the Challenge in exchange for Plaintiff withdrawing the Challenge and entering into a negotiated Production, Confidentiality, and Non-Disclosure Agreement (the "Confidentiality Agreement").

1

4.      Section 9 of the Confidentiality Agreement requires Plaintiff to file any complaint or other pleading referencing the material produced under the Confidentiality Agreement under seal.

5.      Plaintiff's Complaint refers throughout to material subject to the Confidentiality Agreement.

6.      Plaintiff respectfully submits good cause exists to initially seal the Complaint because without the protections sought herein, Defendants would likely assert Plaintiff breached the Confidentiality Agreement by publicly filing the Complaint.

7.      Thus, Plaintiff respectfully requests that the Court enter an Order: (1) granting Plaintiff leave to file the Complaint under seal; and (2) requiring Plaintiff to file a redacted version within 7 days.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and such further relief as the Court deems just and proper.

Plaintiff respectfully requests a trial by jury on all issues so triable.

Dated: April 27, 2026                                 **SAXENA WHITE P.A.**

/s/      *Thomas Curry*
Thomas Curry (Bar No. 5877)
824 N. Market St., Suite 1003
Wilmington, Delaware 19801
Telephone: (302) 485-0483
Facsimile: (888) 424-8566
Email: tcurry@saxenawhite.com

-and-

David J. Schwartz (*pro hac vice* forthcoming)
Marco Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220

2

dschwartz@saxenawhite.com
mduenas@saxenawhite.com


**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci (*pro hac vice*
forthcoming)
Robert N. Cappucci (*pro hac vice*
*forthcoming*)
Jonathan H. Beemer (*pro hac vice*
forthcoming)
Joshua K. Porter (*pro hac vice* forthcoming)
Jessica A. Margulis (*pro hac vice*
forthcoming)
230 Park Avenue, 3rd Floor
New York, New York 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com
jporter@entwistle-law.com
jmargulis@entwistle-law.com

-and-

Andrew J. Entwistle (*pro hac vice*
*forthcoming*)
500 W. 2nd Street, Suite 1900
Austin, Texas 78701
Tel.: (512) 710-5960
aentwistle@entwistle-law.com

*Counsel for Plaintiff*

3